**The Olsen Law Firm, LLC**
**James Olsen 26833**
**James R Gaudiosi 31321**
**15396 N. 83rd Avenue**
**Suite F-101**
**Peoria, AZ 85381**
**Telephone (602) 325-3635**
**Fax (623) 933-7995**
*jimg@azbkpeoria.com*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>ADAM MOSES ABOUD,<br><br>                      Debtor. | In Proceedings Under Chapter 13<br>Case No. 2:14-bk-00149-GBN<br>Adversary Case No. 2:15-ap-00149-GBN |
| <br>ADAM MOSES ABOUD<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK<br><br><br>Defendant. | COMPLAINT PURSUANT TO 11 U.S.C. 506(a)<br>AND BANKRUPTCY RULE 3012 TO DETERMINE<br>SECURED VALUE OF REAL PROPERTY AND<br>RECLASSIFY PROOF OF CLAIM OF PNC BANK<br><br>(11 U.S.C. 506(a); Rule 3012, Fed.R.Bankr.P.)<br><br>(Re: Claim No. 3 on File in the Instant Case)<br>(Re: Real Property Located at 16828 N. 152ND Lane,<br>Surprise, Arizona 85374) |

    **COMES NOW** Debtor, Adam Moses Aboud ("Plaintiff"), by and through counsel, for his complaint against PNC Bank ("Defendant"), and hereby alleges as follows:

1. This is a core proceeding as defined at 28 U.S.C. § 157 (b)(2) because it relates to matters arising out of the administration of the Plaintiff's Chapter 13 administrative case and certain rights established under Title 11 of the United States Code as well as other applicable federal law.

2. Pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157 (b)(2), this court has both personal and subject matter jurisdiction to hear this matter.

3. This adversary proceeding arises under Plaintiff's administrative Chapter 13 Case Number 2:14-bk-00149-GBN filed January 6, 2014, which administrative Chapter 13 case is currently pending before the court.

4. As of the date of filing, Plaintiff was the fee owner of certain real property commonly known as 16828 North 152nd Lane, Surprise, Arizona 85374 (the "Property") and more

1    fully described in the January 3, 2014, appraisal attached as Exhibit 1 to this complaint
2    and incorporated herein as though fully set forth.

3    5.  On the date of the filing of the Plaintiff's administrative Chapter 13 case, Plaintiff's total
4        indebtedness to New York Community Bank for its first position lien against the
5        Property was $150,061.61.  *See* Claim No. 2 in the Claims Register of Plaintiff's
6        administrative Chapter 13 case, Case No. 2:14-bk-00149-GBN.

7    6.  Defendant's second position Deed of Trust was recorded at 2005-1764157 on November
8        14, 2005, in the records of the Maricopa County, Arizona, Recorder's Office.  On the date
9        of the filing of the Plaintiff's administrative Chapter 13 case, Plaintiff believed and
10       alleges herein that his total indebtedness to Defendant for its second position lien
11       against the Property was $33,874.83.

12   7.  Pursuant to the January 3, 2014, appraisal of the Property attached hereto as Exhibit 1,
13       Plaintiff believes the value of the Property to be $140,000.

14   8.  Plaintiff believes there is no equity in the Property above the lien of first position lien
15       holder New York Community Bank; therefore, Defendant has no secured interest for the
16       loan secured by the above-referenced second position Deed of Trust against the
17       Property.

18   9.  Pursuant to 11 U.S.C. § 506(a), Defendant has no allowable secured interest regarding
19       its lien on the Property.

20   10. Consequently, any allowed claim of defendant regarding its second position lien on the
21       Property is allowable only as a general, non-priority unsecured claim and, to the extent
22       that no such claim is filed, Defendant has no claim against the Plaintiff's Chapter 13
23       estate.

24

25       WHEREFORE, Plaintiff prays for an Order as follows:

26       a.  That Defendant's Deed of Trust encumbering the Property as described herein be
27           avoided upon entry of Discharge in the Plaintiff's Chapter 13 administrative case;

28       b.  That Defendant's claim be classified as a general, non-priority unsecured claim;

29       c.  Declaring that upon completion of the Plaintiff's Chapter 13 Plan and/or entry of
30           Discharge in favor of the Plaintiff in his Chapter 13 administrative case he may
31           record with the Maricopa County, Arizona, Recorder a release and reconveyance
32           of Defendant's Deed of Trust;

33       d.  For such other relief as the Court deems just and proper.

34

1    Respectfully submitted this 4th day of March 2015.

2

3                           The Olsen Law Firm, LLC

4                By:   /s/James Gaudiosi

5                           Attorney for Debtor

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

46

1

2          # EXHIBIT 1

3

4          # APPRAISAL

5

FROM:
TIMOTHY S. O'DONNELL
1508 W LA JOLLA DRIVE
TEMPE, AZ 85282
todonnell@cox.net
480-893-2696

| INVOICE | DATE | REFERENCE |
|---------|------|-----------|
| 4T0102 | 01/03/2014 | 4T0102 |

TO:
ADAM ABOUD

| DESCRIPTION | AMOUNT |
|-------------|--------|
| G-PAR REPORT ON  16828 N 152ND LANE SURPRISE, AZ 85374 (ABOUD) | 275.00 |
| | |

| | | |
|--|--|--|
| | Subtotal | $ 275.00 |
| | Late Fee | $ |
| | **TOTAL** | $ 0 |

| PAID ON 01/03/2014 |
|---|

Timothy O'Donnell
Form NIL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Serial# C879343D

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
16828 N 152nd Ln
Surprise, AZ 85374
LOT 25 ORCHARDS PARCEL 3

### FOR
ADAM ABOUD

### OPINION OF VALUE
140,000

### AS OF
01/03/2014

### BY
TIMOTHY S. O'DONNELL
TIMOTHY S. O'DONNELL & ASSOCIATES

602-999-2096
todonnell@cox.net

Form GA1V - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE      SerialN C879343D

TIMOTHY S. O'DONNELL & ASSOCIATES

602-999-2096

01/06/2014

ADAM ABOUD

Re: Property:       16828 N 152nd Ln
                    Surprise, AZ 85374
    Borrower:       ADAM ABOUD
    File No.:       4T0102

Opinion of Value: $ 140,000
Effective Date:     01/03/2014

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

www.SureDocs.com/validate

*Timothy S. O'Donnell*

Serial #C879343D

CERTIFIED
License or Certification #: 20555
State: AZ      Expires: 11/30/2014
todonnell@cox.net

*Timothy S. O'Donnell*
Serial# C879343D

# RESIDENTIAL APPRAISAL REPORT

4T0102
File No.: 4T0102

## SUBJECT

| | | |
|---|---|---|
| Property Address: 16828 N 152nd Ln | City: Surprise | State: AZ  Zip Code: 85374 |
| County: MARICOPA | Legal Description: LOT 25 ORCHARDS PARCEL 3 | |

Assessor's Parcel #:  509-12-173

| Tax Year: 2013 | R.E. Taxes: $ 730.26 | Special Assessments: $ 0 | Borrower (if applicable):  ADAM ABOUD |
|---|---|---|---|

Current Owner of Record:  ADAM ABOUD    Occupant: ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing

Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)    HOA: $ 29.75 ☐ per year ☒ per month

Market Area Name:  ORCHARDS    Map Reference: 38060    Census Tract: 0610.28

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: MARKET VALUE FOR BANKRUPTCY

Intended User(s) (by name or type):  ADAM ABOUD

Client: ADAM ABOUD    Address: 16828 N 152ND LANE SURPRISE, AZ 85374

Appraiser: TIMOTHY S. O'DONNELL    Address: 1508 W LA JOLLA DR TEMPE, AZ 85282

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | PRICE | AGE | | One-Unit | 80 % | ☒ Not Likely | |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner | $(000) | (yrs) | | 2-4 Unit | % | ☐ Likely * | ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant | 120 Low | 6 | | Multi-Unit | % | * To: | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☒ Vacant (0-5%) | 160 High | 15 | | Comm'l | 15 % | | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (> 5%) | 140 Pred | 10 | | VACT | 5 % | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): BELL RD NORTH,GREENWAY RD SOUTH, SARIVAL RD WEST, BULLARD AVE EAST. THE 1004MC FORM SHOWS THAT THE SUBJECT'S DIRECT MARKET AREA SHOWS TOBE SOMEWHAT STABLE OVER THE PAST YEAR. THE DATA ALSO SHOWS THAT SHORT SALES TEND TOBE THE TYPICAL TYPE OF SALE. THE SUBJECT BACKS COMMERICAL PROPERTY. THERE IS A LACK OF DATA AVAILABLE TO SHOW AN INCREASE OR DECREASE IN VALUES, THEREFORE NO LOCATION ADJUSTMENT WARRENTED.

## SITE DESCRIPTION

Dimensions:  SEE PLAT MAP    Site Area:  5,393

Zoning Classification:  PAD    Description:  RESIDENTIAL

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown  Have the documents been reviewed? ☐ Yes ☒ No  Ground Rent (if applicable)  $    /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date:  SFR    Use as appraised in this report:  SFR

Summary of Highest & Best Use:  AS STATED THE BEST USE IS SINGEL FAMILY

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | BASIC LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | ASPHAULT | ☒ | ☐ | Size | TYPICAL FOR THE AREA |
| Gas | ☒ | ☐ | | Curb/Gutter | CONCRETE | ☒ | ☐ | Shape | IRREGULAR |
| Water | ☒ | ☐ | | Sidewalk | CONCRETE | ☒ | ☐ | Drainage | ADEQUATE |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | YES | ☒ | ☐ | View | STREET |
| Storm Sewer | ☐ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone  X500    FEMA Map #  04013C1220L    FEMA Map Date  10/16/2013

Site Comments:  NONE NOTED

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | YES |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1   ☐ Acc.Unit | Foundation | CONCRETE | Slab | CONCRETE | Area Sq. Ft. | | Type | FWA |
| # of Stories | 1 | Exterior Walls | FRAME/STUCCO | Crawl Space | | % Finished | | Fuel | GAS |
| Type ☒ Det. ☐ Att. | | Roof Surface | TILE/AVG | Basement | | Ceiling | | | |
| Design (Style) | RANCH | Gutters & Dwnspts. | None | Sump Pump ☐ | | Walls | | Cooling | YES |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | THERMOPANE/A | Dampness ☐ | | Floor | | Central | YES |
| Actual Age (Yrs.) | 10 | Storm/Screens | NONE | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 5-8 | | | Infestation | | | | | |

| Interior Description | | Appliances | | Attic | ☐ None | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | TILE/CPT/AVG | Refrigerator ☐ | Stairs | ☐ | Fireplace(s) # NONE | Woodstove(s) # 0 | Garage | # of cars ( | Tot.) |
| Walls | DRYWALL/AVG | Range/Oven ☒ | Drop Stair | ☐ | Patio | YES | Attach. | X TWO |
| Trim/Finish | AVERAGE | Disposal ☒ | Scuttle | ☒ | Deck | | Detach. | |
| Bath Floor | TILE/AVG | Dishwasher ☒ | Doorway | ☐ | Porch | YES | Blt.-In | |
| Bath Wainscot | FIBERGLASS/avg | Fan/Hood ☐ | Floor | ☐ | Fence | CMU | Carport | 0 |
| Doors | HBHC | Microwave ☒ | Heated | ☐ | Pool | NO | Driveway | X |
| | | Washer/Dryer ☐ | Finished | ☐ | | | Surface | CONCRETE |

Finished area above grade contains:  6 Rooms    3 Bedrooms    2 Bath(s)    1,406 Square Feet of Gross Living Area Above Grade

Additional features:  NONE NOTED

Describe the condition of the property (including physical, functional and external obsolescence):   THE SUBJECT IS OF AVERAGE CONDITION AND QUALITY THERE IS A FUNCTIONAL FLOOR PLAN. TILE FLOORING IN THE ENTRY, BATHS, LAUNDRY AND KITCHEN AND DINING AREA. VAULTED CEILINGS IN THE LIVING AND KITCHEN. COVERED PATIO AND PORCH WITH EXTRA PATIO SLAB.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**

Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# C879343D    3/2007

# RESIDENTIAL APPRAISAL REPORT

4T0102
File No.: 4T0102

TRANSFER HISTORY
SALES COMPARISON APPROACH

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): MCR/MLS

| | |
|---|---|
| **1st Prior Subject Sale/Transfer** | Analysis of sale/transfer history and/or any current agreement of sale/listing: AS STATED THE SUBJECT AND THE |
| Date: | SALES USED HAVE NOT TRANSFERRED IN THE PAST 36 MONTHS. SALE 1 DOM=198 SALE 2 |
| Price: | DOM=130 SALE 3 DOM=246 |
| Source(s): | |
| **2nd Prior Subject Sale/Transfer** | SALE 1 WAS LISTED FOR $159,000 |
| Date: | SALE 2 WAS LISTED FOR $140,000 |
| Price: | SALE 3 WAS LISTED FOR $140,000 |
| Source(s): | |

**SALES COMPARISON APPROACH TO VALUE (If developed)**  ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 16828 N 152nd Ln | 16744 N 152ND CT | | 15356 W LUNDBERG ST | | 15302 N 161ST DR | |
| | Surprise, AZ 85374 | SURPRISE, AZ 85374 | | SURPRISE, AZ 85374 | | SURPRISE, AZ 85379 | |
| Proximity to Subject | | 0.10 miles SE | | 0.09 miles SW | | 1.43 miles SW | |
| Sale Price | $ | $ 142,000 | | $ 140,000 | | $ 140,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 88.92 /sq.ft. | | $ 96.82 /sq.ft. | | $ 88.55 /sq.ft. | |
| Data Source(s) | | MLS#4951382 | | MLS#4919167 | | MLS#4928942 | |
| Verification Source(s) | | MCR | | MCR | | MCR | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | CASH | | CASH | | CASH | |
| Concessions | | | | | | | |
| Date of Sale/Time | | 11/27/2013 | | 09/10/2013 | | 01/01/2014 | |
| Rights Appraised | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site | 5,393 | 5,280 | 0 | 12,098 | 0 | 7,470 | 0 |
| View | STREET | STREET | | STREET | | STREET | |
| Design (Style) | RANCH | RANCH | | RANCH | | RANCH | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 10 | 10 | | 10 | | 11 | 0 |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total 6 Bdrms 3 Baths 2 | Total 6 Bdrms 3 Baths 2 | | Total 6 Bdrms 3 Baths 2 | | Total 6 Bdrms 4 Baths 2 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 1,406 sq.ft. | 1,597 sq.ft. | -4,775 | 1,446 sq.ft. | 0 | 1,581 sq.ft. | -4,375 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/AC | FWA/AC | | FWA/AC | | FWA/AC | |
| Energy Efficient Items | THERMOPANE | THERMOPANE | | THERMOPANE | | THERMOPANE | |
| Garage/Carport | 2-GARAGE | 2-GARAGE | | 2-GARAGE | | 2-GARAGE | |
| Porch/Patio/Deck | POR/PAT-SLAB | PORCH/PATIO | +500 | PORCH/PATIO | +500 | PORCH/PATIO | +500 |
| UPGRADES | TILE | TILE | | NONE NOTED | +2,500 | TILE | |
| FIREPLACE | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| POOL/SPA | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -4,275 | ☒ + ☐ - $ | 3,000 | ☐ + ☒ - $ | -3,875 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | $ 137,725 | | $ 143,000 | | $ 136,125 | |

Summary of Sales Comparison Approach    THESE ARE THE MOST CURRENT, CLOSEST AND PROABLE COMPARABLE SALES WITHIN THE
SUBJECT'S DIRECT MARKET AREA. SALES 1 AND 2 ARE FROM THE SUBJECTS DIRECT NEIGHBORHOOD. SALE 3 IS FROM A
COMPETING NEIGHBORHOOD.

ALE 1 ADJUSTMENT FOR SIZE AND EXTRA PATIO SLAB.

SALE 2  ADJUSTMENTS FOR EXTRA PATIO SLAB AND LACK OF TILE.

SALE 3 ADJUSTMENTS FOR SIZE AND EXTRA PATIO SLAB.

EQUAL CONSIDERATION IS GIVEN TO ALL SALES AS THEY ARE THE MOST CURRENT COMPARABLE SALES AVAILABLE WITHIN
THE SUBJECT DIRECT MARKET AREA.

Indicated Value by Sales Comparison Approach $    140,000

**GP** RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# C879343D    3/2007

# RESIDENTIAL APPRAISAL REPORT

## COST APPROACH TO VALUE (if developed) ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): **THE COST APPROACH IS NOT PART OF THE SCOPE OF WORK.**

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | = $ |
|---|---|---|---|---|---|
| Source of cost data: | DWELLING | Sq.Ft. @ $ | | | = $ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft. @ $ | | | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | | | = $ |
| | | Sq.Ft. @ $ | | | = $ |
| | | Sq.Ft. @ $ | | | = $ |
| | | | | | = $ |
| | Garage/Carport | Sq.Ft. @ $ | | | = $ |
| | Total Estimate of Cost-New | | | | = $ |
| | Less Physical | Functional | External | | |
| | Depreciation | | | | = $( ) |
| | Depreciated Cost of Improvements | | | | = $ |
| | "As-is" Value of Site Improvements | | | | = $ |
| | | | | | = $ |
| | | | | | = $ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | | | | = $ |

## INCOME APPROACH TO VALUE (if developed) ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PROJECT INFORMATION FOR PUDs (if applicable) ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ **140,000** Cost Approach (if developed) $ _____ Income Approach (if developed) $ _____

Final Reconciliation **ALL WEIGHT IS GIVEN TO THE MARKET APPROACH, AS IT BEST REFLECTS THE TYPICAL BUYER- SELLER WITHIN THE SUBJECT'S DIRECT MARKET AREA. THE INCOME AND COST APPROACHS WERE NOT PART OF THE SCOPE OF WORK. EXTRAORDINARY ASSUMPTION FOR THE TOTAL CONDITION OF THE SUBJECT AND SALES USED.**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: **THIS IS A RESTRICTED TYPE OF REPORT. EXTRAORDINARY ASSUMPTION IS FOR THE TOTAL CONDITION OF THE SUBJECT AND THE SALES USED IN THIS REPORT.**

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ **140,000** , as of: **01/03/2014** , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains **17** pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work ☒ Limiting Cond./Certifications ☐ Narrative Addendum ☒ Photograph Addenda ☒ Sketch Addendum
☒ Map Addenda ☐ Additional Sales ☐ Cost Addendum ☐ Flood Addendum ☐ Manuf. House Addendum
☐ Hypothetical Conditions ☒ Extraordinary Assumptions

Client Contact: **ADAM ABOUD** Client Name: **ADAM ABOUD**

E-Mail: aaboud2@cox.net Address: **16828 N 152ND LANE SURPRISE, AZ 85374**

### APPRAISER

www.SureDocs.com/validate

_Timothy S. O'Donnell_ (signature)

Serial #:C879343D

Appraiser Name: **TIMOTHY S. O'DONNELL**
Company: **TIMOTHY S. O'DONNELL & ASSOCIATES**
Phone: _____ Fax: _____
E-Mail: todonnell@cox.net
Date of Report (Signature): **01/06/2014**
License or Certification #: **20555** State: **AZ**
Designation: **CERTIFIED**
Expiration Date of License or Certification: **11/30/2014**
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: **01/03/2014**

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:
Company:
Phone: _____ Fax: _____
E-Mail:
Date of Report (Signature):
License or Certification #: _____ State: _____
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL** Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE _Timothy S. O'Donnell_ Serial# C879343D 3/2007

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale. (Source: FDIC Interagency Appraisal and Evaluation Guidelines, October 27, 1994.)

> \* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is valued on the basis of it being under responsible ownership.

2. Any sketch provided in the appraisal report may show approximate dimensions of the improvements and is included only to assist the reader of the report in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. Any distribution of valuation between land and improvements in the report applies only under the existing program of utilization. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

5. The appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous waste, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. This appraisal report must not be considered an environmental assessment of the subject property.

6. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

7. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

8. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

9. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

10. The appraiser is not an employee of the company or individual(s) ordering this report and compensation is not contingent upon the reporting of a predetermined value or direction of value or upon an action or event resulting from the analysis, opinions, conclusions, or the use of this report. This assignment is not based on a required minimum, specific valuation, or the approval of a loan.

Form ACR2 DEFD - 'TOTAL' appraisal software by a la mode, inc. - 1-800-ALAMODE   Serial# C878343D

**CERTIFICATION:** The appraiser certifies and agrees that:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

4. Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

5. I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

6. My engagement in this assignment was not contingent upon developing or reporting predetermined results.

7. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

8. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

9. Unless otherwise indicated, I have made a personal inspection of the interior and exterior areas of the property that is the subject of this report, and the exteriors of all properties listed as comparables.

10. Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report). AS STATED THE COST AND INCOME APPROACHES WERE NOT PART OF THE SCOPE OF WORK. A TYPICAL VISUAL INTERIOR AND EXTERIOR INSPECTION WAS COMPLETED. THIS APPRAISER IS NOT A HOME INSPECTOR. EXTRAORDINARY ASSUMPTIN IS FOR THE TOTAL CONDITION OF THE SUBJECT AND THE SALES USED IN THIS REPORT.

---

**ADDRESS OF PROPERTY ANALYZED:** 16828 N 152nd Ln, Surprise, AZ 85374

www.SureDocs.com/validate

| **APPRAISER:** | **SUPERVISORY or CO-APPRAISER (if applicable):** |
|---|---|
| Signature: | Signature: |
| Name: TIMOTHY S. O'DONNELL | Name: |
| Title: CERTIFIED | Title: |
| State Certification #: | State Certification #: |
| or State License #: | or State License #: |
| State: AZ   Expiration Date of Certification or License: 11/30/2014 | State: _____ Expiration Date of Certification or License: |
| Date Signed: 01/06/2014 | Date Signed: |
| | ☐ Did   ☐ Did Not   Inspect Property |

Serial #:C879343D

Page 2 of 2

Form ACR2 DEFD - 'TOTAL' appraisal software by a la mode, inc. - 1-800-ALAMODE   Serial# C879343D

# Market Conditions Addendum to the Appraisal Report

4T0102
File No. 4T0102

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 16828 N 152nd Ln     City Surprise     State AZ     ZIP Code 85374

Borrower ADAM ABOUD

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 26 | 11 | 12 | Increasing | Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 4.33 | 3.67 | 4.00 | Increasing | ☒ Stable | Declining |
| Total # of Comparable Active Listings | 7 | 7 | 8 | Declining | ☒ Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 1.6 | 1.9 | 2.0 | Declining | ☒ Stable | Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 133,250 | 140,000 | 136,500 | Increasing | ☒ Stable | Declining |
| Median Comparable Sales Days on Market | 23 | 23 | 41 | Declining | Stable | ☒ Increasing |
| Median Comparable List Price | 135,000 | 147,800 | 149,500 | ☒ Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 126 | 47 | 45 | ☒ Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 98 | 100 | 99 | Increasing | ☒ Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | Yes | ☒ No | | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    NONE NOTED

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
THE DATA SHOWS THAT SHORT SALES ARE THE TYPICAL TYPE OF SALES WITHIN THE SUBJECTS DIRECT MARKET AREA.

Cite data sources for above information.    MLS COUNTY RECORDES

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
APPRAISER'S ANALYSIS; MEDIAN SALE & LIST PRICE,DOM AND OTHER OBSERVATIONS IN THE ADDENDUM ARE BASED ON THE
DATA SOURCE IDENTIFIED ABOVE, WHICH APPRAISER GENERALLY BELIEVES TO BE RELIABLE SOURCE OF MARKET DATA,
HOWEVER, THE APPRAISER CANNOT VERIFY ALL OF THE INFORMATION IN THAT DATA SOURCE AND CANNOT GUARANTEE THE
ACCURACY OF SUCH DATA OR CONCLUSIONS BASED THEREON. THE APPRAISER CANNOT GUARANTEE FUTURE MARKET
CONDITIONS AFFECTING THE SUBJECT PROPERTY. THE STABLE MARKET VALUES IS BASED ON  THE PAST 12 MONTHS OF
SALES WITHIN THE SUBJECTS DIRECT MARKET AREA.

If the subject is a unit in a condominium or cooperative project , complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

www.SureDocs.com/validate

Serial #:C879343D

| | | |
|---|---|---|
| Signature | | Signature |
| Appraiser Name  TIMOTHY S. O'DONNELL | | Supervisory Appraiser Name |
| Company Name  TIMOTHY S. O'DONNELL & ASSOCIATES | | Company Name |
| Company Address  4508 W LA JOLLA DRIVE, TEMPE, AZ 85282 | | Company Address |
| State License/Cert # | | State License/Certification #    State |
| Email Address  todonnell@cox.net | | Email Address |

Freddie Mac Form 71  March 2009     Page 1 of 1     Fannie Mae Form 1004MC  March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# C879343D

| | | | | |
|---|---|---|---|---|
| Borrower | ADAM ABOUD | | | File No. 4T0102 |
| Property Address | 16828 N 152nd Ln | | | |
| City | Surprise | County MARICOPA | State AZ | Zip Code 85374 |
| Lender/Client | ADAM ABOUD | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☐ Self Contained (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Summary (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Restricted Use (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
-X the statements of fact contained in this report are true and correct.
X- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
X- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
X- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
X- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
X- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
X- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
X- I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
X- no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any state mandated requirements:

The Intended User of this appraisal report is the Client. The Intended Use is to evaluate the property that is the subject of this appraisal for PRIVATE USE ONLY, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.. AS STATED THE INCOME AND COST APPROACHS WERE NOT PART OF THE SCOPE OF WORK. THE CLIENT IS ADAM ABOUD

APPRAISER:                                    www.SureDocs.com/validate          SUPERVISORY APPRAISER (only if required):

| | | | |
|---|---|---|---|
| Signature: | *Timothy S. O'Donnell* | Signature: | |
| Name: | TIMOTHY S. O'DONNELL | Name: | |
| Date Signed: | 01/06/2014 | Date Signed: | |
| State Certification # | Serial #:C879343D | State Certification #: | |
| or State License #: | | or State License #: | |
| State: | AZ | State: | |
| Expiration Date of Certification or License: | 11/30/2014 | Expiration Date of Certification or License: | |
| | | Supervisory Appraiser Inspection of Subject Property: | |
| Effective Date of Appraisal: | 01/03/2014 | ☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior | |

# Plat Map

| Borrower | ADAM ABOUD | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | | |
| City | Surprise | County | MARICOPA | State | AZ | Zip Code 85374 |
| Lender/Client | ADAM ABOUD | | | | | |



Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# C879343D

# Location Map

| Borrower | ADAM ABOUD | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | | |
| City | Surprise | County | MARICOPA | State | AZ | Zip Code | 85374 |
| Lender/Client | ADAM ABOUD | | | | | |



# Building Sketch

| Borrower | ADAM ABOUD | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | | |
| City | Surprise | County | MARICOPA | State | AZ | Zip Code | 85374 |
| Lender/Client | ADAM ABOUD | | | | | |



PATIO
SLAB

14'
8' PATIO
34.75'     14'

Master Bedroom

Master Bath     Family     9.67'     2'     5'     2'

41.67'

Kitchen     Dining     25.67'

Bedroom

Bath     Living

Entrance
Bedroom     7.75'
Laundry     6.25'     3'     Porch     5.58'
20.75'     3'     14'

2-CAR
21.33'     Garage     21.33'

20.75'

TOTAL Sketch by a la mode, inc.                Area Calculations Summary

| Living Area | | Calculation Details | | | |
|---|---|---|---|---|---|
| First Floor | 1405.72 Sq ft | 5 × 2 | = | 10 | |
| | | 34.75 × 37.34 | = | 1297.56 | |
| | | 1.33 × 6.25 | = | 8.31 | |
| | | 4.33 × 20.75 | = | 89.85 | |
| **Total Living Area (Rounded):** | **1406 Sq ft** | | | | |
| Non-living Area | | | | | |
| 2 Car Attached | 442.6 Sq ft | 20.75 × 21.33 | = | 442.6 | |
| Concrete Patio | 112 Sq ft | 14 × 8 | = | 112 | |
| Open Porch | 69.81 Sq ft | 5.58 × 7.75 | = | 43.24 | |
| | | 6.25 × 4.25 | = | 26.56 | |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     Serial# C879343D

| Borrower | ADAM ABOUD | | | | |
|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | |
| City | Surprise | County MARICOPA | State AZ | Zip Code 85374 | |
| Lender/Client | ADAM ABOUD | | | | |



**Subject Front**

16828 N 152nd Ln
Sales Price
Gross Living Area        1,406
Total Rooms                6
Total Bedrooms            3
Total Bathrooms           2
Location                        AVERAGE
View                             STREET
Site                             5,393
Quality                         AVERAGE
Age                             10



**Subject Rear**



**Subject Street**

# Comparable Photo Page

| Borrower | ADAM ABOUD | | | | |
|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | |
| City | Surprise | County | MARICOPA | State AZ | Zip Code 85374 |
| Lender/Client | ADAM ABOUD | | | | |



### Comparable 1

16744 N 152ND CT

| | |
|---|---|
| Prox. to Subject | 0.10 miles SE |
| Sale Price | 142,000 |
| Gross Living Area | 1,597 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | STREET |
| Site | 5,280 |
| Quality | AVERAGE |
| Age | 10 |



### Comparable 2

15356 W LUNDBERG ST

| | |
|---|---|
| Prox. to Subject | 0.09 miles SW |
| Sale Price | 140,000 |
| Gross Living Area | 1,446 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | STREET |
| Site | 12,098 |
| Quality | AVERAGE |
| Age | 10 |



### Comparable 3

15302 N 161ST DR

| | |
|---|---|
| Prox. to Subject | 1.43 miles SW |
| Sale Price | 140,000 |
| Gross Living Area | 1,581 |
| Total Rooms | 6 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | AVERAGE |
| View | STREET |
| Site | 7,470 |
| Quality | AVERAGE |
| Age | 11 |

# Photograph Addendum

| Borrower | ADAM ABOUD | | | | |
|---|---|---|---|---|---|
| Property Address | 16828 N 152nd Ln | | | | |
| City | Surprise | County MARICOPA | State AZ | Zip Code 85374 | |
| Lender/Client | ADAM ABOUD | | | | |



**KITCHEN**



**LIVING ROOM**



**MAIN BEDROOM**



**MAIN BATHROOM**



**TILE FLOORING**

Form PICSIX2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    Serial# C879343D

 

This appraisal report has been electronically signed using SureDocs by a la mode. It is as valid and legally enforceable as a wet ink signature on paper, with a number of clear advantages. First, SureDocs helps to make identity theft and fraud a thing of the past. By using advanced third party identity verification from Equifax, you can be assured that the appraiser signing this report is really who they say they are. Plus, you can verify that the salient data points of the report have not been altered in any way.

To verify the integrity of this document, visit www.SureDocs.com/Validate. Enter the Serial Number and Signer Name for this document that are listed below.

SureDocs will generate a report showing the profile of the appraiser(s) who signed the report, the date and time the signatures were applied, and the salient data from the report at the time of signing. Comparing the report information in SureDocs to the document you have in hand will quickly reveal if any tampering has taken place.

**The report below is an example of what you would see when verified by SureDocs.**

| Salient Data: | | |
|---|---|---|
| Date of Sale: | Condition: | AVERAGE |
| Borrower: ADAM ABOUD | Total Rooms: 6 | |
| Lender: ADAM ABOUD | Bedrooms: 3 | |
| Size (Sq.Ft): 1,406 | Baths: 2 | |
| Price Per Square Foot: | Appraiser: TIMOTHY S. O'DONNELL | |
| Location: AVERAGE | Effective Date of Value ('as of'): 01/03/2014 | |
| Age: 10 | Final Opinion of Value: 140,000 | |

| Signer 1: | Signer 2: |
|---|---|
| Tim O'Donnell | |
| 1508 W LA JOLLA DRIVE, TEMPE, AZ 85282 | |

| Signature: | Signature: |
|---|---|
| Serial #: C879343D | Serial #: |
| Date Signed: 01/06/2014 | Date Signed: |

Form SDVERIFY - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

